```
              DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>**VERNEL AUBREY WILLIAMS,** )<br>)<br>      Defendant. )<br>) | Crim. No. 2014-35 |

**Appearances:**

**Ronald S. Sharpe, USA**
**Everard Potter, AUSA**
Office of the United States Attorney
St. Thomas, U.S.V.I.
   *For the United States of America,*

**Omodare Jupiter, FPD**
**Kia Danielle Sears, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
   *For Vernel Aubrey Williams.*

## ORDER

**GÓMEZ, J.**

Before the Court is the motion of the United States to exclude from trial all evidence, argument, and questions regarding the mental competency of Vernel Williams ("Williams") docketed at ECF Number 48.

Williams has yet to respond to the United States' motion. The Court seeks to be fully advised of the merits of the government's motion. To that end, and to ensure that each party

*United States v. Williams*
Crim. No. 2014-35
Order
Page 2

is heard on the motion, the Court requires a brief from Williams before ruling on the evidentiary issues raised by the United States.

The premises considered, it is hereby

**ORDERED** that, by no later than 3:00 P.M. on Monday, October 31, 2016, Williams shall file a reply to the United States' motion docketed at ECF Number 48.

S\_____
**Curtis V. Gómez
District Judge**